**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 96-146-PHX-SMM |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Darcy Loring, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant Darcy Loring's Motion to Continue Disposition Hearing (Third Request).

**IT IS HEREBY ORDERED DENYING** Defendant's Motion to Continue Disposition Hearing (Third Request)(Doc. 85).

**DATED** this 4th day of April, 2007.

Stephen M. McNamee
United States District Judge